William S. O'Hare (#82562)
Gerda M. Roy (#130484)
Elizabeth M. Weldon (#223452)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone:  (714) 427-7000
Facsimile:  (714) 427-7799

Attorneys for Plaintiffs
The Prudential Insurance Company of America
and Prudential Real Estate Affiliates, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation; PRUDENTIAL REAL ESTATE AFFILIATES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LEGEND REALTY, INC., dba PRUDENTIAL LEGEND REALTY, INC., a Colorado corporation; and ARNIE STEIN, an individual,<br><br>Defendants. | Case No. SACV-05-830 DOC (RNBx)<br>Hon. David O. Carter<br>Magistrate Robert N. Block<br><br>**Stipulation Regarding Settlement and Dismissal of Stein** ; ORDER<br><br>Complaint Filed: August 24, 2005 |

WHEREAS, Plaintiffs The Prudential Insurance Company of America and Prudential Real Estate Affiliates (collectively "Prudential") and Defendant Arnold Stein, aka Arnie Stein ("Stein") have agreed to settle their dispute, and have executed settlement documents in furtherance of the settlement; and

THEREFORE, Prudential and Stein, by and through their respective counsel, stipulate and agree as follows:

1.  The above-captioned action be and hereby is dismissed with prejudice as to Stein pursuant to Federal Rule of Civil Procedure 41(a)(1).

463127.1

Stipulation Regarding Settlement and
Dismissal of Stein
Case No. SACV-05-830 DOC (RNBx)

1        2.      Each Stein or Prudential shall bear his or its own costs and attorneys' fees.

Dated: _____, 2006

_____
Arnold Stein, aka Arnie Stein

Dated: _____, 2006

Prudential Real Estate Affiliates, Inc.

By:    _____
Name: _____
Its:   _____

Dated: _____, 2006

The Prudential Insurance Company of America

By:    _____
Name: _____
Its:   _____

Approved as to form:

Dated: _____, 2006

Laufer & Padjen LLC

By: _____
Robert Padjen
Attorneys for Arnold Stein, aka Arnie Stein

Dated: _____12/1_____, 2006

Snell & Wilmer, LLP

By: _____
William S. O'Hare
Attorneys for Prudential Real Estate Affiliates, Inc. and The Prudential Insurance Company of America

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable David O. Carter
United States District Court Judge

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

463127.1

2. Each Stein or Prudential shall bear his or its own costs and attorneys' fees.

Dated: _____, 2006  
_____  
Arnold Stein, aka Arnie Stein

Dated: 11/30, 2006  
Prudential Real Estate Affiliates, Inc.  
By: _____  
Name:  
Its: Vice President + Corporate Counsel

Dated: 11/30, 2006  
The Prudential Insurance Company of America  
By: _____  
Name:  
Its: Vice President

Approved as to form:

Dated: _____, 2006  
Laufer & Padjen LLC

By: _____  
Robert Padjen  
Attorneys for Arnold Stein, aka Arnie Stein

Dated: _____, 2006  
Snell & Wilmer, LLP

By: _____  
William S. O'Hare  
Attorneys for Prudential Real Estate Affiliates, Inc. and The Prudential Insurance Company of America

**IT IS SO ORDERED.**

Dated: _____  
_____  
Honorable David O. Carter  
United States District Court Judge

463127 1

Stipulation Regarding Settlement and Dismissal of Stein  
Case No. SACV-05-830 DOC (RNBx)

- 2 -

2. Each Stein or Prudential shall bear his or its own costs and attorneys' fees.

Dated: _____, 2006

*/s/ Arnold Stein*
Arnold Stein, aka Arnie Stein

Dated: _____, 2006

Prudential Real Estate Affiliates, Inc.

By: _____
Name: _____
Its: _____

Dated: _____, 2006

The Prudential Insurance Company of America

By: _____
Name: _____
Its: _____

Approved as to form:

Dated: Nov 2, 2006

Laufer & Padjen LLC

By: */s/ Robert Padjen*
Robert Padjen
Attorneys for Arnold Stein, aka Arnie Stein

Dated: _____, 2006

Snell & Wilmer, LLP

By: _____
William S. O'Hare
Attorneys for Prudential Real Estate Affiliates, Inc. and The Prudential Insurance Company of America

**IT IS SO ORDERED.**

Dated: Dec. 4, 2006

*/s/ David O. Carter*
Honorable David O. Carter
United States District Court Judge

*The Prudential Insurance Company of America v. Legend Realty, Inc.*
U.S. District Court, Case No. SACV-05-830 DOC (RNBx)

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

On December 1, 2006, I served, in the manner indicated below, the foregoing document described as **Stipulation Regarding Settlement and Dismissal of Stein** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

| | |
|---|---|
| David Chipman, Esq.<br>Steven Farber, Esq.<br>Brownstein, Hyatt, & Farber<br>410 17th Street, 22nd Floor<br>Denver, Colorado 80202 | Attorneys for Legend Realty, Inc.<br>dba Prudential Legend Realty, Inc.,<br>and Arnie Stein<br>Tel:  303-223-1112<br>Fax: 303-223-0912 |
| Robert Padjen, Esq.<br>5290 DTC Parkway, Suite 150<br>Englewood, CO  80111 | Bankruptcy Attorney for Arnie Stein |

[X] BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to  (C.C.P. § 1013(a)).

[ ] BY FACSIMILE: (C.C.P. § 1013(e)(f)).

[ ] BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

[ ] BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 1, 2006, at Costa Mesa, California.

*Diane Williams*
Diane Williams